**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff,<br><br>v.<br><br>**$2,067,437.08 IN UNITED STATES CURRENCY AND/OR COIN, MORE OR LESS, WITH ALL ACCUMULATED INTEREST THEREON,**<br>    Defendant. | §<br>§<br>§<br>§  **CIVIL ACTION NO. 6:07-cv-319**<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Report and Recommendation of the Magistrate Judge (Doc. No. 27), which contains his proposed findings of fact and recommendations for the disposition of Defendant Emilor, S.A.'s Motion to Dismiss Or In The Alternative For A Stay (Doc. No. 13), has been presented for consideration (Doc. No. 27). Defendant Emilor, S.A. filed an objection (Doc. No. 28) to the Report and Recommendation.  Having carefully considered the objections raised by Emilor, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is **ORDERED** that Emilor's Alternative Motion For A Stay of this civil forfeiture proceeding (Doc. No. 13) be **GRANTED** pending the outcome of Emilor's criminal case, Case No. 6:07-cr-01.  It is further **ORDERED** that this case be **ADMINISTRATIVELY CLOSED** until further action from this Court.  It is further **ORDERED** that Emilor's Motion to Dismiss (Doc.

No. 13) and Motion to Quash (Doc. No. 21) be **DENIED** as moot but without prejudice to refiling at a later date.

   **So ORDERED and SIGNED this 28th day of January, 2008.**

          _____
          **LEONARD DAVIS**
          **UNITED STATES DISTRICT JUDGE**